**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000648
29-JAN-2024
08:05 AM
Dkt. 41 OGMD**

NO. CAAP-19-0000648

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MTGLQ INVESTORS, L.P., Plaintiff/Counterclaim
Defendant-Appellee,
v.
CHARLES ALAPATI LEOMITI IOANE; OKESI ATUATASI IOANE
aka OKESI A. IOANE, Individually and as Trustee of the
Okesi A. Ioane Revocable Trust Dated February 11, 2011,
Defendants/Counterclaim Plaintiffs-Appellants,
and
CHILD SUPPORT ENFORCEMENT AGENCY;
HALE AUPUNI COMMUNITY ASSOCIATION,
Defendants-Appellees,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-1754)

ORDER OF DISMISSAL
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

On January 9, 2024, Plaintiff/Counterclaim Defendant-Appellee MTGLQ Investors, L.P. filed a motion for order dismissing appeal in CAAP-19-0000648 (**Motion to Dismiss**).  On January 11, 2024, this Court entered an Order to Show Cause ordering Defendants/Counterclaim Plaintiffs-Appellants Charles Alapati Leomiti Ioane, and Okesi Atuatasi Ioane aka Okesi A.

Ioane, Individually and as Trustee of the Okesi A. Ioane Revocable Trust Dated February 11, 2011 (**Appellants**) to show cause why this appeal should not be dismissed as moot by no later than 14 days from the date of the order or January 25, 2024.  No response by Appellants has been filed.

Upon review of the Motion to Dismiss, the Order to Show Cause, and the records and files herein, IT IS HEREBY ORDERED that the Motion to Dismiss is granted.  The appeal filed in CAAP-19-0000648 is hereby dismissed.

DATED: Honolulu, Hawaii, January 29, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge

2